# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br>  vs.<br><br>BARRAZA ESPINOZA MOISES,<br><br>                                Defendant. | CASE NO. 10cv0198/09CR206-DMS<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR TIME REDUCTION UNDER TITLE 28 U.S.C. § 2255** |

On August 21, 2009, this Court accepted Defendant Moises Barraza-Espinoza's guilty plea to count three of the indictment in this case, which charged him with importation of a controlled substance (methamphetamine). Pursuant to a plea agreement, Petitioner was sentenced to thirty-seven months in custody followed by three years of supervised release. On January 25, 2010, Defendant filed a motion for time reduction by an inmate in federal custody under 28 U.S.C. § 2255.

Defendant's motion is denied because when he pleaded guilty in exchange for a lower sentence, which was actually imposed, Petitioner waived his right to collaterally attack his sentence. Such a waiver bars relief under § 2255. *United States v. Abarca*, 985 F.2d 1012, 1014 (9th Cir. 1993).

**IT IS SO ORDERED**.

DATED: June 2, 2010

                                              HON. DANA M. SABRAW
                                              United States District Judge